1   Dana N. Gwaltney, SBN 209530
     dgwaltney@shb.com
2   Sara J. Romano, SBN 227467
     sromano@shb.com
3   SHOOK, HARDY & BACON L.L.P.
  333 Bush Street, Suite 600
4   San Francisco, California 94104
  Telephone:   (415) 544-1900
5   Facsimile:    (415) 391-0281

6   Attorneys for Defendants
  GUIDANT CORPORATION, GUIDANT SALES
7   CORPORATION, CARDIAC PACEMAKERS, INC.,
  and BOSTON SCIENTIFIC CORPORATION
8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                (OAKLAND DIVISION)

| 12 | FRANCIS MCCONVILLE and VIRGILIO RABUCO, | ) | Case No. C 06-05151 WDB |
|---|---|---|---|
| 13 | | ) | |
| 14 | Plaintiffs, | ) ) | **AMENDED** STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| 15 | vs. | ) ) | PRETRIAL DEADLINES |
| 16 | GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC | ) ) | |
| 17 | PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ALTA BATES SUMMIT | ) ) | |
| 18 | MEDICAL CENTER; and Does 1 through 100, inclusive, | ) ) | |
| 19 | Defendants. | ) ) | |
| 20 | | ) ) | |
| 21 | | ) | |

22

23      IT IS HEREBY STIPULATED by and between the parties through their designated counsel

24 that the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint in this

25 action should be extended. Defendants seek to transfer this case to the Multi-District Litigation

26 proceeding established in the United States District Court, District of Minnesota ("MDL court"), and

27 Plaintiffs have indicated that they will soon be filing a motion to remand this case back to state

28 court. Accordingly, the following deadlines will be modified as follows:

STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES
1
CASE NO. C 06-05151 WDB

1        The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint

2   shall be as follows:

3        (a)    if the case is not remanded to state court, and is transferred to the MDL court, any

4   response will be due pursuant to a deadline set by the MDL court;

5        (b)    if the case is not remanded and also is not transferred to the MDL court, any response

6   will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or

7        (c)    if the case is remanded, any response will be due thirty (30) days after the remand

8   decision by this Court.

9        The parties also stipulate that the November 20, 2006, case management conference will be

10  continued for at least thirty (30) days until December 21, 2006. at 3:00 p.m. All other deadlines will be set

11  pursuant to Federal and local rule.

12       IT IS SO STIPULATED.

13

14  DATED: August 31, 2006          Respectfully submitted

15

16                                SHOOK, HARDY & BACON L.L.P.

17                                By:

18                                  DANA N. GWALTNEY
                                SARA J. ROMANO

19

20                                Attorneys for Defendants
                              GUIDANT CORPORATION, GUIDANT SALES

21                                CORPORATION, CARDIAC PACEMAKERS, INC.,
                              and BOSTON SCIENTIFIC CORPORATION

22  DATED: August __, 2006          Respectfully submitted

23

24                                GILLIN, JACOBSON, ELLIS & LARSEN

25

26                                By:
                              LUKE ELLIS

27                                KRISTIN LUCEY

28                                Attorneys for Plaintiff SALLIE EVERETT,
                              individually and as successor in interest to decedent,
                              ALBERT EVERETT

1    The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint

2    shall be as follows:

3    (a)   if the case is not remanded to state court, and is transferred to the MDL court, any

4    response will be due pursuant to a deadline set by the MDL court;

5    (b)   if the case is not remanded and also is not transferred to the MDL court, any response

6    will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or

7    (c)   if the case is remanded, any response will be due thirty (30) days after the remand

8    decision by this Court.

9    The parties also stipulate that the November 20, 2006, case management conference will be

10   continued for at least thirty (30) days until December __, 2006.  All other deadlines will be set

11   pursuant to Federal and local rule.

12       IT IS SO STIPULATED.

13

14   DATED: August __, 2006            Respectfully submitted

15

16                                    SHOOK, HARDY & BACON L.L.P.

17

                                      By:_____
18                                        DANA N. GWALTNEY
                                          SARA J. ROMANO
19
                                      Attorneys for Defendants
20                                    GUIDANT CORPORATION, GUIDANT SALES
                                      CORPORATION, CARDIAC PACEMAKERS, INC.,
21                                    and BOSTON SCIENTIFIC CORPORATION

22   DATED: August 31, 2006           Respectfully submitted

23

24                                    GILLIN, JACOBSON, ELLIS & LARSEN

25
                                      By:_____
26                                        LUKE ELLIS
                                          KRISTIN LUCEY
27
                                      Attorneys for Plaintiff SALLIE EVERETT,
28                                    individually and as successor in interest to decedent,
                                      ALBERT EVERETT

108331v2                        2           STIPULATION TO CONTINUE PRETRIAL DEADLINES
                                            CASE No. C 06-05151 WDB

1

2                                        **ORDER**

3          Pursuant to stipulation, IT IS SO ORDERED.

4

5    Dated:___8/31_____,2006          /s/ Wayne D. Brazil

6                                           _____
                                            THE HONORABLE WAYNE D. BRAZIL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE PRETRIAL DEADLINES
                                                         CASE No. C 06-05151 WDB