1  Dana N. Gwaltney, SBN 209530
       dgwaltney@shb.com
2  Sara J. Romano, SBN 227467
       sromano@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104
   Telephone:    (415) 544-1900
5  Facsimile:    (415) 391-0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC.,
   and BOSTON SCIENTIFIC CORPORATION

8

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       (OAKLAND DIVISION)

12  FRANCIS MCCONVILLE and VIRGILIO    )   Case No. C 06-05151 WDB
    RABUCO,                            )
13                                     )
                  Plaintiffs,          )   **SECOND** STIPULATION AND [PROPOSED]
14                                     )   ORDER TO CONTINUE PRETRIAL
         vs.                           )   DEADLINES
15                                     )
    GUIDANT CORPORATION; GUIDANT       )
16  SALES CORPORATION; CARDIAC         )
    PACEMAKERS, INC.; BOSTON SCIENTIFIC)
17  CORPORATION; ALTA BATES SUMMIT     )
    MEDICAL CENTER; and Does 1 through 100, )
18  inclusive,                         )
                                       )
19                Defendants.          )
                                       )
20                                     )
                                       )
21  _____)

22

23        IT IS HEREBY STIPULATED by and between the parties through their designated counsel

24  that all pretrial proceedings, including the December 21, 2006 case management conference, be

25  continued.

26        Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and

27  Boston Scientific Corporation's (collectively "Guidant") contends a continuation of pretrial

28  deadlines is appropriate because this action should be transferred to the District of Minnesota and

1  consolidated with *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation*,

2  MDL-1708, for pretrial proceedings.

3         The parties previously stipulated to a continuation of pretrial deadlines in light of Guidant's

4  intention to seek transfer of this case to the MDL and in light of Plaintiffs' intention to seek remand

5  to state court.  On August 31, 2006, this Court entered the parties' stipulation extending Guidant's

6  deadline to file responsive pleadings, and continuing the scheduled case management conference

7  from November 20, 2006 to December 21, 2006.  A copy of the August 31, 2006 Stipulation and

8  Order is attached as Exhibit A.

9         On September 5, 2006, Plaintiffs filed a Motion to Remand this case to Superior Court,

10  which Guidant opposed.  On September 11, 2006, the Judicial Panel on Multidistrict Litigation

11  ("JPML") issued Conditional Transfer Order ("CTO") 18, which conditionally transferred this case

12  to the District of Minnesota for inclusion in the coordinated multidistrict litigation proceedings under

13  28 U.S.C. § 1407 being conducted by the Honorable Donovan W. Frank ("MDL Court").  Plaintiffs

14  filed a Motion and Brief to Vacate CTO 18 with the JPML on September 19, 2006, which Guidant

15  opposed, and briefing is now complete on the Motion to Vacate.

16         To allow time for the JPML to rule on whether this action will be transferred, this Court

17  vacated and continued the hearing on Plaintiffs' Motion to Remand on September 28, 2006.  Other

18  existing pretrial deadlines, however, were not vacated.  A copy of this Court's September 28, 2006

19  Order is attached as Exhibit B.

20         Plaintiffs' Motion to Vacate CTO 18 was considered by the JPML at a hearing session on

21  November 30, 2006.  The parties expect that the JPML will issue a ruling on Plaintiffs' opposition to

22  CTO 18 within two to three weeks after the hearing.  Because issues regarding the transfer of this

23  case by the JPML are expected to be resolved in the upcoming weeks, the parties request that

24  existing pretrial deadlines be continued further.  Pursuant to this Court's instructions, within five

25  court days after the JPML rules, counsel for Plaintiffs will file a notice of the JPML's decision.

26  //

27  //

28  //

SECOND STIPULATION TO CONTINUE PRETRIAL DEADLINES
CASE NO. C 06-05151 WDB

The December 21, 2006

IT IS SO STIPULATED that all pretrial deadlines are continued.
Case Management Conference is continued to February 22, 2007 at 3:00 P.M.

DATED: December 4, 2006                    Respectfully submitted,

                                           SHOOK, HARDY & BACON L.L.P.

                                           By: *Sara J. Romano*
                                               DANA N. GWALTNEY
                                               SARA J. ROMANO

                                           Attorneys for Defendants
                                           GUIDANT CORPORATION, GUIDANT SALES
                                           CORPORATION, CARDIAC PACEMAKERS, INC.
                                           and BOSTON SCIENTIFIC CORPORATION


DATED: December ___, 2006                  Respectfully submitted,

                                           GILLIN, JACOBSON, ELLIS & LARSEN


                                           By:_____
                                               LUKE ELLIS
                                               KRISTIN LUCEY

                                           Attorneys for Plaintiffs
                                           FRANCIS MCCONVILLE and VIRGILIO RABUCO



                                           **ORDER**

        Pursuant to stipulation, IT IS SO ORDERED.


                                           /s/ Wayne D. Brazil
         12/5
Dated:_____, 2006              _____
                                           THE HONORABLE WAYNE D. BRAZIL

1    IT IS SO STIPULATED that all pretrial deadlines are continued.

2

3    DATED: December ___, 2006              Respectfully submitted,

4                                          SHOOK, HARDY & BACON L.L.P.

5

6    By:_____
         DANA N. GWALTNEY
7        SARA J. ROMANO

8    Attorneys for Defendants
     GUIDANT CORPORATION, GUIDANT SALES
9    CORPORATION, CARDIAC PACEMAKERS, INC.
     and BOSTON SCIENTIFIC CORPORATION

10

11   DATED: December  4 , 2006             Respectfully submitted,

12                                         GILLIN, JACOBSON, ELLIS & LARSEN

13

14   By:_____
         LUKE ELLIS
15       KRISTIN LUCEY

16   Attorneys for Plaintiffs
     FRANCIS MCCONVILLE and VIRGILIO RABUCO

17

18

19                          **ORDER**

20        Pursuant to stipulation, IT IS SO ORDERED.

21

22   Dated:_____, 2006
                                           _____
23                                         THE HONORABLE WAYNE D. BRAZIL

24

25

26

27

28

1   Dana N. Gwaltney (SBN 209530)
        dgwaltney@shb.com
2   Sara J. Romano (SBN 227467)
        sromano@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California 94104-2828
    Telephone:    415.544.1900
5   Facsimile:    415.391.0281

6   Attorneys for Defendants
    GUIDANT CORPORATION, GUIDANT SALES
7   CORPORATION, CARDIAC PACEMAKERS,
    INC., and BOSTON SCIENTIFIC
8   CORPORATION

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  FRANCIS MCCONVILLE and VIRGILIO        Case No. C 06-05151 WDB
    RABUCO,
12                                         CERTIFICATE OF SERVICE
                    Plaintiffs,
13
            vs.
14
    GUIDANT CORPORATION; GUIDANT
15  SALES CORPORATION; CARDIAC
    PACEMAKERS, INC.; BOSTON SCIENTIFIC
16  CORPORATION; ALTA BATES SUMMIT
    MEDICAL CENTER; and Does 1 through 100,
17  inclusive,

18                  Defendants.

19

20

21

22

23

24

25

26

27                              1

28                                         CERTIFICATE OF SERVICE
                                           CASE NO. _____

105145v1

## CERTIFICATE OF SERVICE

I, Sharon Teater, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the United States Postal Service, which is that correspondence for mailing is collected and deposited with postage pre-paid, on the same day in the ordinary course of business. On December 4, 2006, I caused the following to be served:

SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES

on the parties in this action by placing a true copy thereof in a sealed envelope addressed and delivered as follows:

**COUNSEL FOR PLAINTIFF (SERVED VIA COURT'S E-FILING SYSTEM, NO HARD COPY MAILED:**

Luke Ellis
Kristin Lucey
GILLIN, JACOBSEN, ELLIS & LARSEN
2 Theatre Square, Suite 230
Orinda, California 94563
Telephone: (925) 253-5800
Facsimile: (925) 253-5800

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on December 4, 2006

_Sharon Teater_
SHARON TEATER

2

CERTIFICATE OF SERVICE
CASE NO. _____

105145v1